UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JERRY D. MAGNESS**                                                                **CIVIL ACTION**

**VERSUS**                                                                                **NO. 17-922**

**RANDI EATON, ET AL.**                                             **SECTION "B"(3)**

<u>**ORDER OF DISMISSAL**</u>

Considering Plaintiff's "Motion to Dismiss" (Rec. Doc. 78),

**IT IS ORDERED** that the motion is **GRANTED**. The Court entered an order dismissing the case without prejudice after being advised that the parties had firmly agreed upon a compromise. Rec. Doc. 74. Plaintiff now asks that the matter be dismissed with prejudice. Rec. Doc. 78. Accordingly, all claims in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, with each party bearing their own respective costs.

New Orleans, Louisiana, this 26th day of March, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE